UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CASE NO. 14-51710

IN RE: MICHAEL TODD BENTLEY DEBTOR(S)

**ORDER**

The above-styled cause having come before the court pursuant to notice on the Motion of Community Trust Bank, Inc. for Termination of Automatic Stay, pursuant to notice with opportunity for hearing and the Court having reviewed the record, and being otherwise sufficiently advised;

IT IS HEREBY ORDERED AS FOLLOWS:

That the automatic stay, to the extent applicable, pursuant to 11 USC §362 be and is HEREBY lifted so as to allow Community Trust Bank, Inc. to exercise its remedies to retake or sell its collateral and enforce its mortgage lien on 1030 Sewell Shop Road, Winchester, Kentucky 40391 that was recorded in Mortgage Book 681, Page 197, Clark County Clerk's Office.

IT FURTHER APPEARING that the debtor(s) have failed to provide adequate protection and the collateral is not necessary for an effective reorganization and the debtors have no equity therein, the property is HEREBY abandoned pursuant to 11 USC §554.

Pursuant to Local Rule 9022-1(a), James B. Ratliff shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within seven (7) days hereof. DISTRIBUTION WILL BE MADE TO THE FOLLOWING:

Michael Todd Bentley
1030 Sewell Shop Road
Winchester, KY 40391
Debtor(s)

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**

**Signed By:**
***Joe Lee***
**Bankruptcy Judge**
**Dated: Wednesday, October 08, 2014**
**(grs)**